**Order entered February 18, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01033-CV

### CHRISTOPHER BRUNING, Appellant

### V.

### KYLE LANE HOLLOWELL, ET AL, Appellees

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-09326-D**

## ORDER

We **GRANT** appellant's February 11, 2014 unopposed motion for extension of time to file reply brief and **ORDER** the brief be filed no later than February 28, 2014. Appellant is cautioned that no further extensions will be granted absent exigent circumstances.

/s/     ELIZABETH LANG-MIERS
JUSTICE